```
PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
```

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SHIV KUMAR,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UR JADDOU, ET AL.,<br><br>　　　　　　　Defendants. | CASE NO. 1:23-CV-00426-EPG<br><br>ORDER RE: STIPULATION TO HOLD CASE IN TEMPORARY ABEYANCE<br><br>(ECF No. 7). |
|---|---|

　　　The Defendants respectfully request to hold this case in temporary abeyance through December 27, 2023, and counsel for Plaintiffs does not oppose.

　　　This case concerns Plaintiff's application for asylum, which has been pending with U.S. Citizenship and Immigration Services (USCIS) since February 2017. Plaintiff is currently scheduled an interview on this application on August 29, 2023. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application and USCIS will endeavor to do so within 120 days of the completion of the interview. In the event USCIS reschedules the interview on Plaintiff's application, the agency will endeavor to reschedule the interview within four weeks.

///

///

///

1

The parties therefore stipulate that this matter be held in temporary abeyance through December 27, 2023. The parties further request that all other filing deadlines be similarly vacated and that the initial scheduling conference, currently set for June 22, 2023, be vacated and reset.

Respectfully submitted,

Dated:  April 17, 2023　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　By:　/s/ ELLIOT C. WONG
　　　　　　　　　　　　　　　　　　　　　　　ELLIOT C. WONG
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　/s/ JESSICA TAYLOR ARENA
　　　　　　　　　　　　　　　　　　　　　　　JESSICA TAYLOR ARENA
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs

2

**ORDER**

Based on the parties' stipulation (ECF No. 7), IT IS ORDERED that:

1. This matter be held in temporary abeyance through December 27, 2023;
2. All pending deadlines and conferences are vacated and will be reset if necessary;
3. Further, the parties shall file a joint status report by no later than December 20, 2023, advising the Court of the status of Plaintiff's application and whether a further stay is required.

IT IS SO ORDERED.

Dated:   **April 18, 2023**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE